PD-1095-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/26/2015 2:31:17 PM
Accepted 8/27/2015 5:34:19 PM
ABEL ACOSTA
CLERK

## OFFICE OF THE DISTRICT ATTORNEY

JARVIS PARSONS
District Attorney



300 EAST 26TH STREET
SUITE 310
BRYAN, TEXAS 77803

979/361-4320
FAX: 979/361-4368

## BRAZOS COUNTY, TEXAS

August 26, 2015

Honorable Abel Acosta
Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas  78711

     RE:   Adam Brooks v. State
          CCA no. PD-1095-15
          COA No. 10-13-00409-CR

Dear Mr. Acosta:

Please be advised that the District Attorney's Office is <u>not</u> a party to the appeal in the above case. Instead, the State is represented by the County Attorney's Office.

Please send all future correspondence to the Hon. Rod Anderson, County Attorney's Office, 300 East 26th Street, Suite 1300, Bryan, TX 77803.

Sincerely,

FILED IN
COURT OF CRIMINAL APPEALS

/s/ Douglas Howell, III

August 27, 2015

Douglas Howell, III
Assistant District Attorney
dhowell@brazoscountytx.gov

ABEL ACOSTA, CLERK